# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| NELSON MAURICIO MARIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 2:26-cv-02062-TLP-atc |
| v. ) | |
| ) | |
| SCOTT LADWIG, Acting Director of the ) | |
| New Orleans Field Office of ICE, in his ) | |
| official capacity,[1] ) | |
| ) | |
| Respondent. ) | |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE
## AND DIRECTING CLERK TO MODIFY DOCKET

Petitioner Nelson Mauricio Marin, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent Ladwig by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov. Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to United States Attorney General Pamela Bondi.

---

[1] The Court respectfully **DIRECTS** the Clerk to modify the docket to reflect that Respondent as "Scott Ladwig, Acting Director of the New Orleans Field Office of ICE, in his official capacity." (*See* ECF No. 1 at PageID 1.)

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondents not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondents to show cause in writing on or before close of business on January 28, 2026, why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondents shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on February 3, 2026.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondents of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 22nd day of January, 2026.

                                            s/ Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE