IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NELSON MAURICIO MARIN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SCOTT LADWIG, Acting Director of the ) <br> New Orleans Field Office of ICE, in his ) <br> official capacity, ) <br> ) <br> Respondent. ) | No. 2:26-cv-02062-TLP-atc |

**ORDER DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**

Petitioner Nelson Mauricio Marin, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) And he contemporaneously moved for a temporary restraining order ("TRO"). (ECF No. 2.) Petitioner's TRO seeks an order directing his immediate release from custody or, alternatively, an order staying his transfer outside the Western District of Tennessee pending the Petition's final adjudication. (*Id.* at PageID 11, 19.) But the Court has already ordered Respondent to stay Petitioner's transfer outside this District. The Order to Show Cause reads in part:

> Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondents not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

(ECF No. 8.) Because the Court has already granted Petitioner's alternative relief, it **DENIES AS MOOT** his Motion for Temporary Restraining Order.

1

**SO ORDERED**, this 22nd day of January, 2026.

                                             s/ Thomas L. Parker
                                             THOMAS L. PARKER
                                             UNITED STATES DISTRICT JUDGE